IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROWN COAL & COKE COMPANY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-01208-GLL |
| ) | |
| v. ) | Judge Gary L. Lancaster |
| ) | |
| COMPASS POINT RESOURCES LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This **20th** day of **Oct**, 2007, upon consideration of the Motion for Leave of Court to Add Parties Defendant filed by Plaintiff, Crown Coal & Coke Company, it is hereby Ordered that the Motion is granted. Plaintiff is hereby granted leave to add James H. Hoyt and Courtenay O. Taplin as Defendants in this action, and to file an Amended Complaint against Compass Point Resources LLC, Hoyt, and Taplin, within 20 days of the date of this Order.

_____
J.

00834806.DOC