IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROWN COAL & COKE COMPANY, | )<br>) |
| Plaintiff, | )<br>) Civil Action No. 2:07-cv-1208<br>) |
| v. | )<br>)<br>) |
| COMPASS POINT RESOURCES LLC;<br>JAMES H. HOYT; and COURTENAY O.<br>TAPLIN | ) Judge Gary L. Lancaster<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

This 9th day of May, upon consideration of Plaintiff's Motion to Compel Discovery, it is hereby Ordered that the Motion is granted. It is further Ordered that, within five days of the date of this Order, Defendants shall: (1) produce, for inspection and imaging of hard drives and other stored data, all computers maintained at their personal residences at any time since and including October 2006; (2) provide full and complete responses to, and produce all documents that are within their possession, custody or control and that are responsive to, the following interrogatories and requests for production of documents:

> Plaintiff's First Set of Interrogatories Directed to Defendant, Compass Point Resources, LLC: Interrogatory 7.
>
> Plaintiff's First Set of Requests for Production of Documents Directed to Compass Point Resources, LLC: Requests 3, 5, 7, 14-17, 19, and 20.
>
> Plaintiff's First Set of Interrogatories and Requests for Production of Documents Directed to Defendant, James H. Hoyt: Interrogatories 3 and 5-10, and Requests 1, 3-6, 14-17, 24-33, 35, 38-40, 42, and 43.
>
> Plaintiff's First Set of Interrogatories and Requests for Production of Documents Directed to Defendant, Courtenay O. Taplin: Interrogatories 3 and 5-10, and Requests 1, 3-6, 14-17, 24-33, 35, 38-40, 42, and 43.

Plaintiff's Second Set of Interrogatories and Requests for Production of Documents Directed to Defendant, Compass Point Resources, LLC: Interrogatory 3 and Requests 1, 2, 10-13, 20-34, 36, 39-41, 43, and 44; and

(3) provide verifications to their interrogatory responses that comply with Rule 33(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1746.

/s/ _____
J.

00888140.DOC