IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROWN COAL & COKE COMPANY,<br>Plaintiff,<br><br>v.<br><br>COMPASS POINT RESOURCES, LLC;<br>JAMES H. HOYT; and COURTNEY<br>O. TAPLIN,<br>Defendants. | Civil Action No. 07-1208 |

ORDER

AND NOW, this 15th day of June, 2008, IT IS HEREBY ORDERED that plaintiff Crown Coal & Coke Company's motion for sanctions [Doc. No. 46] is DENIED.

IT IS FURTHER ORDERED, however, that Defendants James H. Hoyt and Courtney O. Taplin produce to plaintiff any computers maintained at their personal residences that have not already been produced, including any computers owned or used by their spouses, within 3 business days of the date of this order.

BY THE COURT:

Gary L. Lancaster
United States District Judge

cc: All counsel of record