IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROWN COAL & COKE COMPANY, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 2:07-cv-1208 |
| v. | ) ) ) | |
| COMPASS POINT RESOURCES LLC; JAMES H. HOYT; and COURTENAY O. TAPLIN | ) ) ) ) | Judge Gary L. Lancaster |
| Defendants. | ) ) | |

## ORDER

This __7th__ day of July, 2008, upon consideration of Defendants' Motion to Compel Discovery, it is hereby Ordered as follows:

1. Within five days of the date of this Order, Plaintiff, Crown Coal & Coke Company ("Crown Coal"), shall produce to Defendants a copy of all records of Crown Coal shareholders meetings and Board of Directors meetings which Defendant, Courtenay O. Taplin, or Defendant, James H. Hoyt, attended or in which Taplin or Hoyt participated.

2. Except as set forth in Paragraph 1 above, Defendants' Motion to Compel Discovery is denied.

_____ J.