IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROWN COAL & COKE COMPANY, | ) |
| Plaintiff, | ) Civil Action No. 07-01208-GLL |
| v. | ) Judge Gary L. Lancaster |
| COMPASS POINT RESOURCES LLC, | ) |
| Defendant. | ) |

**ORDER**

This 24th day of September, 2008, upon consideration of the Motion For Leave To File Confidential Information Under Seal filed by Plaintiff, Crown Coal & Coke Company, it is hereby Ordered that the Motion is granted. Plaintiff is hereby granted leave to file confidential information under seal pursuant to the procedure outlined in Paragraph Fourteen (14) of the Protective Order executed in this case on December 3, 2007.

The Honorable Judge Gary L. Lancaster

00928669