IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CROWN COAL & COKE COMPANY, )
   Plaintiff, )
             )
   v.          )  Civil Action No. 07-1208
             )
COMPASS POINT RESOURCES, LLC; )
JAMES H. HOYT; and COURTNEY )
O. TAPLIN, )
   Defendants. )

<u>ORDER</u>

AND NOW, this 22nd day of December, 2008, upon review of the parties' respective motions for summary judgment [doc nos. 57, 59, 65, 66] and responses thereto [doc. nos. 63, 72], the court finds that the following issues require further briefing:(1) personal jurisdiction; (2) venue; and (3) choice of law. IT IS HEREBY ORDERED that the parties submit supplemental briefs and accompanying statements of material facts on these three issues no later than January 21, 2009.

                  BY THE COURT:

                  /s/ Gary L. Lancaster
                  Gary L. Lancaster
                  United States District Judge

cc: All counsel of record