IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CROWN COKE AND COAL COMPANY       )
       Plaintiff,              )
                         )
       v.                      ) Civil Action No. 07-1208
                         )
COMPASS POINT RESOURCES, LLC,      )
       Defendant.              )

ORDER

     AND NOW, this 6th day of October, 2009, IT IS HEREBY ORDERED that a status conference in the instant case will be held before the undersigned on <u>October 23, 2009 at 2:30 p.m.</u> in Suite 3250, 3rd floor, U.S. Courthouse.  All counsel shall bring their calendars to the conference for scheduling purposes.  The parties should be prepared to discuss settlement.

BY THE COURT:

<u>s/Gary L. Lancaster</u>
Gary L. Lancaster,
Chief United States District Judge

cc:   all parties of record