IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CROWN COAL & COKE COMPANY,       )
      Plaintiff,              )
                                 )
    v.                           )   Civil Action No. 07-1208
                                 )
COMPASS POINT RESOURCES, LLC;    )
JAMES H. HOYT; and COURTNEY      )
O. TAPLIN,                       )
      Defendants.             )

## ORDER

And now, this 24 day of March, 2010, upon consideration of plaintiff's renewed Motion to Reduce "Attorneys Eyes Only" Designation on documents produced by defendants, as well as defendants' memorandum in opposition thereto [Doc. Nos. 103 & 121], it is hereby ORDERED that the motion is DENIED, except that the designation is changed from "Confidential Attorneys Eyes Only" to "Confidential" on the following documents that defendants produced in discovery: CP 000679-CP 000706, CP 000723, CP 000729, and CP 000881-CP 000884.

By the Court,

_____, C.J.

cc: All counsel of record