IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROWN COAL & COKE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:07-cv-1208 |
| | ) | |
| v. | ) | |
| | ) | |
| COMPASS POINT RESOURCES LLC; | ) | Judge Gary L. Lancaster |
| JAMES H. HOYT; and COURTENAY O. TAPLIN | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This 21st day of June, 2010, upon consideration of Defendants' Motion to Stay Proceedings to Enforce Judgment Pending Disposition of a Motion ("Defendants' Motion"), and upon consideration of Plaintiff's responsive brief, it is hereby Ordered that proceedings to enforce or to execute upon the judgment entered by the Court on May 28, 2010 are stayed, effective upon Defendants' depositing with the Court security in the amount of $2,169,960.58.

_____ J.

{01133409}