IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROWN COAL & COKE COMPANY,<br>Plaintiff,<br><br>v.<br><br>COMPASS POINT RESOURCES, LLC;<br>JAMES H. HOYT; and COURTNEY<br>O. TAPLIN,<br>Defendants. | Civil Action No. 07-1208 |

ORDER

AND NOW, this 6th day of August, 2010, upon consideration of defendants' Renewed Motion to Stay Proceedings to Enforce Judgment [Doc. No. 182] and plaintiff's response thereto [Doc. No. 195], it is HEREBY ORDERED that proceedings to enforce or to execute upon the judgment entered by the court on May 28, 2010, are stayed, effective upon defendants depositing with the court security in the amount of $1,000,000.

BY THE COURT,

*[signature]*, C.J.

cc: All counsel of record