IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROWN COAL & COKE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1208 |
| COMPASS POINT RESOURCES, LLC; JAMES H. HOYT; and COURTENAY O. TAPLIN, | ) |
| Defendants. | ) |

## ORDER

AND NOW, on this 24th day of August, 2010, after careful consideration of defendants' Renewed Motion for Judgment as a matter of Law or, in the alternative, for a New Trial or Remittitur [Doc. No. 175] and responses thereto, IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

_____, C.J.

cc: All counsel of record